IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CALVIN LAMAR CAIN                                                                          PLAINTIFF

VERSUS                                           CIVIL ACTION NO.  3:06-cv-599-HTW-LRA

HINDS COUNTY DETENTION FACILITY and
HINDS COUNTY SHERIFF'S DEPARTMENT                              DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for Plaintiffs failure to prosecute.

SO ORDERED AND ADJUDGED, this the 30th day of March, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE